IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON M. LEWIS
ADC #151373                                                              PLAINTIFF

v.                      No. 5:15-cv-254-DPM-BD

JACQUELINE CARSWELL, APN, Tucker
Maximum Security Unit; DRUMMOND,
APN, Tucker Maximum Security Unit; and
JAMES SHELTON, Medical Doctor, Tucker
Maximum Security Unit                                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 45, and overrules Lewis's objections, № 46. FED. R. CIV. P. 72(b)(3). Lewis's motions, № 36 & 43, are denied without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

19 January 2016