IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON M. LEWIS
ADC #151373                                                                PLAINTIFF

v.                              No. 5:15-cv-254-DPM

JACQUELINE CARSWELL, APN, Tucker
Maximum Security Unit                                                      DEFENDANT

### ORDER

Unopposed recommendation, № 111, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's motion for summary judgment, № 86, denied. Carswell's cross-motion for summary judgment, № 94, is granted. Lewis's remaining claim against Defendant Carswell will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 July 2017