IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON M. LEWIS
ADC #151373                                                                PLAINTIFF

v.                          No. 5:15-cv-254-DPM

JACQUELINE CARSWELL, APN, Tucker
Maximum Security Unit                                                      DEFENDANT

## ORDER

Lewis says he submitted objections to Magistrate Judge Deere's recommendation but didn't get a copy back. He believes he's not receiving his mail from the Court in this case or in another one. № 115. The Court directs the Clerk to send Lewis a copy of these papers from this case: the recommendation, the Order adopting it, the Judgment, and the docket sheet. № 111, 112 & 113. The Court didn't receive any objections from Lewis. If he wants the Court to consider any objections, then he must resubmit them along with a motion to reopen this case by 15 September 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2017